LUTHER EASLEY, Respondent et al., Plaintiffs, *v.* EDGORD REALTY CORPORATION, Appellant.

Argued June 10, 1946; decided July 23, 1946.

*Jacob Landy, Isidore H. Levey* and *Jerome M. Wolff* for appellant.

*Max R. Simon* for respondent.

Judgment affirmed, with costs, without prejudice, to such application as plaintiff-respondent may be advised to make at Trial Term for an allowance for his attorney's services upon this appeal. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.